

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable John Winters
Executive Director
State Department of Public Welfare
Austin, Texas

Dear Sir:

Opinion No. O-6722
Re: Interpretation of Chapter
375, Laws of 1943, page 672
and Chapter 370 of the Laws
of the 49th Legislature (1945),
concerning the Blind Assist-
ance Fund.

Your letter submitted to us for our consideration
and opinion reads as follows:

"Article XX, Section 2, Subsection 1 of House
Bill 8, Acts of the 47th Legislature, Regular Ses-
sion, provided for the allocation and transfer of
funds from the Clearance Fund created by House Bill
8 to the special fund known as the Blind Assistance
Fund. House Bill 8 was amended by House Bill 499,
Act of the 48th Legislature, Regular Session. House
Bill 499 allocated and transferred from the Clearance
Fund to the Blind Assistance Fund, Seven Hundred Thous-
and ($700,000.00) Dollars for each fiscal year of the
biennium, beginning September 1, 1943, and ending August
31, 1945, for the purpose of providing and administer-
ing assistance to the needy blind.

"Senate Bill 317, Acts of the 49th Legislature,
Regular Session, carries a rider attached to the
itemized appropriation out of the Blind Assistance
Fund. The rider provides in part as follows:

"'All income allocated or transferred to
the Blind Assistance Fund to the extent of
Eight Hundred and Twenty Thousand ($820,000.00)
Dollars per year is hereby appropriated for

each of the fiscal years ending August 31, 1946, and August 31, 1947, to the State Department of Public Welfare for payments and for administering assistance to the needy blind; provided, however, that if any money has been appropriated for the fiscal years as set out above, and for the purposes as set out above, this appropriation shall not be in addition thereto and shall be of no force or effect save and except as to that portion of this appropriation as may be necessary together with any other appropriation already made to make a total appropriation of Eight Hundred and Twenty Thousand ($820,000.00) Dollars for each fiscal year for these purposes. . .'

"The rider also provides certain limitations relative to the use of the administrative funds and in addition provides . . .

"' . . . The State Department of Public Welfare is authorized to accept from the Federal Government any funds that may be allocated to said State Department of Public Welfare for providing and administering assistance to the needy blind . . '

"House Bill 499, Acts of the 48th Legislature, allocates Seven Hundred Thousand ($700,000.00) Dollars for each fiscal year of the biennium, beginning September 1, 1943, and ending August 31, 1945, to the Blind Assistance Fund. The rider attached to the General Departmental Bill, being Senate Bill 317, Acts of the 49th Legislature, appropriates Eight Hundred and Twenty Thousand ($820,000.00) Dollars for each fiscal year of the biennium beginning September 1, 1945, and ending August 31, 1947, for the purposes of providing assistance and administering the needy blind program. Since the Appropriation Bill appropriates One Hundred and Twenty

Thousand ($120,000.00) Dollars in excess of the
allocation to the Blind Assistance Fund for each
year of the ensuing biennium, how much money is
available for each fiscal year of the ensuing
biennium beginning September 1, 1945?

"On June 30, 1945, there was on deposit in
the State Blind Assistance Fund the sum of Twelve
Thousand Eight Hundred and Thirty Dollars and
Fifteen Cents ($12,830.15), which the Department
of Public Welfare has not been able to use for the
purpose of administering or paying assistance to
the needy blind because it was carried over from
the previous biennium, plus amounts accruing in
the biennium ending August 31, 1945, the expend-
iture of which is restricted by the appropriation
of Seven Hundred Thousand ($700,000.00) Dollars
for each fiscal year of this biennium and was
considered by the Treasurer and Comptroller as
'frozen', therefore not available to the Depart-
ment of Public Welfare during the biennium commenc-
ing September 1, 1943, and ending August 31, 1945.

"If you answer the first question by stating
that the appropriation for Blind Assistance is
limited because of the allocation contained in
House Bill 499, Acts of the 48th Legislature and
that the entire Eight Hundred and Twenty Thousand
($820,000.00) Dollars for each fiscal year as appro-
priated by Senate Bill 317, Acts of the 49th Legis-
lature is not available because of the insufficient
allocation, then is it possible for the State Depart-
ment of Public Welfare to use this sum which is now
'frozen' in the Blind Assistance Fund for the purpose
of paying assistance grants and/or administering as-
sistance during the biennium commencing September 1,
1945, and ending August 31, 1947."

House Bill 499 of the 48th Legislature is chapter
375 of the Laws of 1943, 48th Legislature, Regular Session,
page 672, Senate Bill 317, of the Acts of the 49th Legis-
lature is chapter 378 (page 810) of the 49th, 1945, Legis-
lature, Regular Session, and the quoted paragraph from
Senate Bill 317, is found on page 919 of the Session Laws.

Chapter 375 (House Bill 499) of the 48th Legislature, page 672, reads in part as follows:

"For each fiscal year in the biennium ending August 31, 1945, there shall be appropriated and allocated, transferred and credited to the special fund in the Treasury, known as the 'Blind Assistance Fund', for the purpose of providing and administering assistance to the blind . . . the sum of $700,000.00 from the Clearance Fund . . . ."

Article 8, Section 6, of the Constitution prohibits the appropriation of money for a longer term than two years.

Our courts have uniformly held that the intention of the legislature as to a law is to be determined primarily from the plain and ordinary import of the language used; Harris County vs. Smith (C. A.), 187 S. W. 741. And where a statute is plain and unambiguous it will be enforced according to its words. Anderson vs. Penix, 138 Tex. 596, 161 S. W. (2d) 455. In the case of Pickle vs. Finley, 91 Tex. 484, 44 S. W. 480, it was held that Article 8, Section 6, of the Constitution not only requires an appropriation before any money can be paid out of the Treasury, but also limits every appropriation to a term of two years.

It therefore follows, in answer to your first question, that the money available for each fiscal year of the ensuing biennium beginning September 1, 1945, is $820,000.00. The 1943 appropriation of $700,000.00, both by statute and by constitutional prohibition could not extend for more than two years.

Senate Bill 317 (ch. 376 of the Acts of the 49th Legislature) specifically limits the appropriation to the sum of $820,000.00 per year for each of the fiscal years ending August 31, 1946, and August 31, 1947, to the State

Department of Public Welfare for payment and for administering assistance to the needy blind.

In view of our answer to your first question, it necessarily follows that your second question is answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

David Wuntch
Assistant

DW:ad:mb:jd

APPROVED OCT, 24, 1945

/s/ Grover Sellers
ATTORNEY GENERAL OF TEXAS

APPROVED
Opinion
Committee

By B.W.B.
Chairman